```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

| | |
|---|---|
| CHRISTINE MAY, | * |
|     Plaintiff, | * |
| vs. | *    CASE NO. 3:19-CV-82 (CDL) |
| DEPUTY JOSEPH PRITCHETT, *et al.*, | * |
|     Defendants. | * |

O R D E R

Christine May claims that Defendants—Morgan County, a Morgan County sheriff's deputy, and six current or former county commissioners—violated her constitutional rights by subjecting her to "long-term malicious prosecution pursuant to an unconstitutional application of Morgan County short term rental ordinance." Am. Compl. 1, ECF No. 17. In her Complaint, May alleges that some of the Morgan County commissioners discussed and approved actions regarding her prosecution during executive session meetings. *Id.* ¶¶ 18-19, 21-25. Defendants moved to strike portions of these paragraphs as impertinent, asserting that they all reference attorney-client privileged discussions between the commissioners and their lawyer. Though the Amended Complaint contains general allegations regarding the basic subject of and official action taken against May during each executive session, it does not describe any attorney-client

privileged communications.  Thus, the Court denies Defendants' motion to strike (ECF No. 24).  If, during discovery, May seeks discovery regarding any communications that Defendants assert are privileged, Defendants may seek to prevent disclosure using the relevant rules that specifically address how to protect privileged communications.

    IT IS SO ORDERED, this 4th day of June, 2020.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          CHIEF U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA