IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHRISTINE MAY, | * |
| Plaintiff, | * |
| v. | Case No. 3:19-cv-82-CDL |
| | * |
| MORGAN COUNTY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 16th day of December, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk